UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **FRASURE CREEK MINING, LLC** | § | **Involuntary Chapter 11** |
| **TRINITY COAL CORPORATION** | § | |
| **TRINITY PARENT CORPORATION** | § | **Case Nos. 13-_____ (___)** |
| **TRINITY COAL MARKETING, LLC** | § | |
| **LITTLE ELK MINING COMPANY, LLC** | § | **Joint Administration Requested** |
| **TRINITY COAL PARTNERS LLC** | § | |
| **HUGHES CREEK TERMINAL LLC** | § | |
| **BEAR FORK RESOURCES, LLC** | § | |
| **BANNER COAL TERMINAL LLC** | § | |
| **FALCON RESOURCES LLC** | § | |
| **PRATER BRANCH RESOURCES LLC** | § | |
| **DEEP WATER RESOURCES, LLC** | § | |
| **NORTH SPRINGS RESOURCES, LLC** | § | |
| **LEVISA FORK RESOURCES, LLC** | § | |
| **TRINITY RMG HOLDINGS LLC** | § | |
| **RMG, INC.** | § | |
| | § | |
| **Alleged Debtors.** | § | |
| | § | |

### ING CAPITAL LLC'S CORPORATE OWNERSHIP STATEMENT AS REQUIRED BY BANKRUPTCY RULE 1010(B) AND 7007.1

The undersigned, counsel of record for ING Capital LLC, certifies pursuant to FED. R. BANKR. P. 1010(b) and 7007.1 that any corporation, general or limited partnership, joint venture, LLC or LLP, other than a governmental unit, that directly or indirectly owns ten percent (10%) or more of any class of the corporation's or entity's equity interests, is as follows:

1. The following two entities directly or indirectly own 10% or more of any class of ING Capital LLC's equity interests:

   a) ING Financial Holdings Corporation directly owns 100% of the outstanding equity interests of ING Capital LLC.

   b) ING Bank N.V. indirectly owns 100% of the outstanding equity interests of ING Capital LLC, by virtue of its 100% ownership of ING Financial Holdings Corporation.

**FOWLER BELL PLLC**

By: */s/ Christopher G. Colson*
Taft A. McKinstry
Kentucky Bar No. 46610
Christopher G. Colson
Kentucky Bar No. 93328
300 West Vine Street, Suite 600
Lexington, Kentucky 40507
Telephone:     (859) 252-6700
Facsimile:     (859) 255-3735

and

PATTON BOGGS LLP

/s/ Robert W. Jones
Robert W. Jones
Brian Smith
2000 McKinney Ave, Suite 1700
Dallas, TX 75201
Telephone:     (214) 758-1500
Facsimile:     (214) 758-1550
Email: rwjones@pattonboggs.com
       bsmith@pattonboggs.com

*Counsel to ING Capital LLC*